El Pueblo *v.* Rivera.

Apelación procedente de la Corte de Distrito de Ponce.

No. 94.—Resuelto en octubre 11, 1907.

Apelación—Sentencias en Causas Criminales.—Las sentencias dictadas por las cortes de distrito en las apelaciones procedentes de las cortes municipales, no deben ser en el sentido de confirmar la dictada por la corte inferior, sino que, celebrándose de nuevo el juicio, deben proceder á dictar nueva sentencia, con arreglo á sus resultancias.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

El acusado en el presente caso fué procesado ante la corte municipal de Coamo y Juana Díaz, bajo una denuncia por hurto de menor cuantía, es decir, por haber robado 6 ó 7 cuartillos de café y en apelación ante la Corte de Distrito de Ponce fué condenado á la pena de tres meses de cárcel.

En este tribunal no compareció el apelante y no tuvo representación en el acto de la vista. La prueba no nos fué certificada, ni mediante pliego de excepciones, ni relación de hechos, y no encontramos nada en el récord que justificaría la completa revocación de la sentencia apelada, y por lo tanto, debía confirmarse la misma.

Las cortes de distrito no son realmente cortes de apelación, puesto que la ley no les exige revisar las causas que se presentan ante ellas, procedentes de los tribunales inferiores, ni las sentencias que se hayan dictado en las mismas, sino que deben juzgar nuevamente dichas causas sin referencia alguna á las resoluciones dictadas por los tribunales inferiores.

En vista de que el juicio ante la corte de distrito fué necesariamente un proceso completamente nuevo, la sentencia de dicha corte no ha debido ser en forma de confirmación de la

sentencia de la corte inferior, y la sentencia de este tribunal debía confirmar meramente la imposición de la pena de encarcelamiento y el pago de las costas.

Una causa parecida á la presente, seguida contra el mismo individuo, fué resuelta por esta corte el viernes último pasado, y la resolución dictada en esa ocasión será seguida en el presente caso. La sentencia confirmatoria debería dictarse de acuerdo con lo expuesto.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.